**Order entered September 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00559-CV

### ANGELA EVANS, Appellant

### V.

### DAVID ARTHUR, Appellee

**On Appeal from the County Court at Law No. 6
Collin County, Texas
Trial Court Cause No. 006-00536-2014**

## ORDER

The Court has reviewed the clerk's record. Appellant's second notice of appeal indicates she desires to appeal an unspecified order dated April 25, 2014. The clerk's record does not include any order signed on that date. Accordingly, the Court **ORDERS** Stacey Kemp, Clerk of County Courts at Law of Collin County, to file **within ten (10) days of the date of this order** a supplemental clerk's record including all post-judgment orders in the case.

/s/     CAROLYN WRIGHT
        CHIEF JUSTICE